THE STATE OF OHIO, APPELLANT, *v.* MATTHEWS, APPELLEE.

[Cite as *State v. Matthews*, 118 Ohio St.3d 266, 2008-Ohio-2545.]

(No. 2007–1965—Submitted April 23, 2008—Decided June 4, 2008.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Cabrales,* 118 Ohio St.3d 54, 2008-Ohio-1625, 886 N.E.2d 181.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Judith Anton Lapp, Assistant Prosecuting Attorney, for appellant.